IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:23-mj-475 |
|---|---|---|
| | : | |
| v. | : | |
| | : | ORDER SEALING CRIMINAL |
| SEALED DOCUMENTS | : | COMPLAINT, AFFIDAVIT, AND |
| | : | ARREST WARRANT |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Criminal Complaint, Affidavit and Arrest Warrant in the above captioned case be sealed and kept from public inspection until otherwise ordered by this Court.

Date: Nov. 1, 2023

_____
UNITED STATES MAGISTRATE JUDGE